# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CHARLES JAMES MOOREHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 1:23-cv-00075-JAR |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 12] is **DENIED.**

Dated this 31st day of July, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE